# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

132008 & (49)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STATE AUTOMOBILE INSURANCE CO.,
       Plaintiff-Appellee/
       Cross-Appellant,

v

MICHAEL SHERMAN and
PROCOM TOWERS, INC.,
       Defendants-Appellees,

and

MONTICELLO INSURANCE COMPANY,
       Defendant-Appellant/
       Cross-Appellee.

SC: 132008
COA: 265689
Wexford CC: 04-018558-CK

_____/

      On order of the Court, the application for leave to appeal the May 23, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

p0830